# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (HONORABLE CATHY ANN BENCIVENGO)

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>RUTH RENEE KAHN,  )<br>  )<br>        Defendant.  )  | Case No. 21-CR-2458-CAB<br><br>**ORDER GRANTING THE UNITED STATES' MOTION AND JUDGMENT DISMISSING THE INDICTMENT WITHOUT PREJUDICE** |

Upon motion filed by the United States of America,

**IT IS HEREBY ORDERED** the Motion to Dismiss the Indictment without prejudice (ECF No. 25) is GRANTED. It is the Judgment of the Court the Indictment is hereby dismissed without prejudice.

**IT IS FURTHER ORDERED** the bond is hereby exonerated as to the defendant.

**IT IS SO ORDERED.**

DATED:  3/18/2022

_____
Hon. Cathy Ann Bencivengo
United States DisTrict Judge